receipt # 11091960
6/21/11
$ 467.25

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)*

Re: (Case Name) _Shaun A & Robin M Finch_ /Case # _07-04396_
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ _467.25_ . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

\_\_\_\_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant _DCFS_ Amount $_____ Claims Register # _5_

Claimant _____ Amount $_____ Claims Register # _____

Claimant _____ Amount $_____ Claims Register # _____

Claimant _____ Amount $_____ Claims Register # _____

_Thom A. Dorey_
Trustee Name

FILED
JUN 2 1 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

Case 1-07-04396-CLB    Doc 75    Filed 06/21/11    Entered 06/21/11 16:12:28    Desc Main Document    Page 1 of 1